■ RED ROCK HOLDINGS, LTD., Plaintiff, v LANIR DEVELOP-MENT, INC., et al., Respondents, et al., Defendant. EGED PROP-ERTIES, INC., Nonparty-Appellant. [689 NYS2d 402] —In an action, *inter alia,* to foreclose a mortgage, the nonparty assignee of the plaintiff, Eged Properties, Inc., appeals from an order of the Supreme Court, Queens County (Price, J.), dated March 24, 1998, which, *inter alia,* denied its motion to vacate a prior order of the same court (LeVine, J.), dated March 12, 1997, which granted the motion of the defendants Lanir Development, Inc., Benny Riven, Gennady Borukhshteyn, and Nava Riven to dismiss the complaint pursuant to CPLR 3216 for failure to prosecute.

Ordered that the order is affirmed, with costs.

The Supreme Court properly determined that the appellant failed to establish a reasonable excuse for its delay in prosecuting the action and failed to demonstrate the merits of the action *(see,* CPLR 3216; *Baczkowski v Collins Constr. Co.,* 89 NY2d 499, 503; *Hillegass v Duffy,* 148 AD2d 677, 679).

The appellant's remaining contentions are without merit. S. Miller, J. P., Sullivan, Friedmann, Luciano and Feuerstein, JJ.

■ SANDRA RIVERA, Respondent, v IRMA OKTAVIAN et al., Appellants. [688 NYS2d 913] —In an action to recover damages for personal injuries, the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Golia, J.), dated August 31, 1998, as denied their cross motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed insofar as appealed from, with costs.

We agree with the Supreme Court that there is an issue of fact as to whether the plaintiff sustained a serious injury within the meaning of Insurance Law § 5102 (d) *(see, Pasutto v Hacker,* 251 AD2d 478; *Jenkins v Kenny Trucking,* 240 AD2d 709; *Wolfram v Vassilou,* 239 AD2d 340; *Grullon v Chang Ok Chu,* 240 AD2d 367). Bracken, J. P., Thompson, Goldstein, Mc-Ginity and Schmidt, JJ., concur.